# UNITED STATES DISTRICT COURT

_____ EASTERN _____   **District of**   _____ CALIFORNIA _____

John Ernst

Plaintiff

V.

JO ANNE B. BARNHART,
Commissioner of Social Security,
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:05-at-00739

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:   June 9, 2005**                  /s/ Lawrence J. O'Neill
66h44d                                       UNITED STATES MAGISTRATE JUDGE