McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERNST, | 1:05-cv-0749 LJO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for responding to plaintiff's confidential letter be extended from December 8, 2005 to January 9, 2006.

///

///

///

///

///

///

///

1

This is defendant's first request for an extension of time to file a response to plaintiff's confidential letter.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: December 7, 2005      /s/ Lawrence D. Rohlfing
                                      (As authorized via facsimile)
                                      LAWRENCE D. ROHLFING
                                      Attorney for Plaintiff

Dated: December 7, 2005      McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kristi C. Kapetan
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   December 8, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                                      UNITED STATES MAGISTRATE JUDGE