McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERNST, | 1:05-cv-0749 OWW LJO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to update the record regarding Plaintiff's physical and mental impairments, to address all opinion evidence of record, and obtain a vocational expert to determine the effects Plaintiff's non-exertional limitations would have on the occupational base.

The parties further request that the Clerk of the Court be

1

1  directed to enter a final judgment in favor of Plaintiff, and
2  against Defendant, Commissioner of Social Security, reversing the
3  final decision of the Commissioner.
4                               Respectfully submitted,

6
7  Dated: January 6, 2005       /s/ Lawrence D. Rohlfing
                                (As authorized via facsimile)
                                LAWRENCE D. ROHLFING
8                               Attorney for Plaintiff

9  Dated: January 9, 2005       McGREGOR W. SCOTT
                                United States Attorney
10

11                              /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
12                              Assistant U.S. Attorney

13
   IT IS SO ORDERED:
14

15 Dated: January 12, 2006      /s/ OLIVER W. WANGER

16                              THE HONORABLE OLIVER W. WANGER
                                United States Magistrate Judge

2